467 A.2d 1287

**In re ESTATE OF J. Bolton WINPENNY, II**

**and**

**ESTATE OF Susan G.S. WINPENNY.**

**Appeals of Carol WINPENNY and Bolton Winpenny.**

Supreme Court of Pennsylvania.

Oct. 18, 1983.

Carol Winpenny, in pro. per.

Bernard Berman, Media, Philadelphia, for appellee.

Martha R. Hurt, Philadelphia, for First Pennsylvania Bank, N.A., Trustee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

ORDER

PER CURIAM:

Appeals transferred to Superior Court.